1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   NATHANIEL JOHNSON,                    No.  2:15-cv-1054-EFB P
12              Plaintiff,
13        v.                               ORDER
14   A. PADILLA, et al.,
15              Defendants.
16
17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
18   U.S.C. § 1983.  He asserts a claim arising out of events that occurred at the Correctional Training
19   Facility in Soledad, California.
20        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a
21   judicial district where any defendant resides, if all defendants reside in the same State, (2) a
22   judicial district in which a substantial part of the events or omissions giving rise to the claim
23   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a
24   judicial district in which any defendant may be found, if there is no district in which the action
25   may otherwise be brought."  28 U.S.C. § 1391(b).
26        The Correctional Training Facility is in Monterey County.  Because Monterey County lies
27   within the venue of the Northern District of California, venue properly lies in that district and not
28   in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

1

1    Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern
2 District of California. *See* 28 U.S.C. § 1406(a).
3 Dated:   May 18, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE