IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL JOHNSON,

    Plaintiff,

v.

A. PADILLA, et al.,

    Defendants.

No. C 15-02295 HRL (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. On June 26, 2015, the Court issued an order of dismissal with leave to amend. (Docket No. 12.) Plaintiff was informed that failure to file an amended complaint within the time specified would result in the dismissal of his case without prejudice and without further notice to Plaintiff. (Id. at 6.) On July 17, 2015, Plaintiff filed a letter with the Court requesting a status update. (Docket No. 13.) Because it appeared that Plaintiff did not receive the Court's Order of Dismissal with Leave to Amend, the Clerk resent the Court's June 26, 2015 order on July 30, 2015.[1] To date, Plaintiff has failed to comply with the Court's June 26, 2015 order and has had no further communication with the Court since

---

[1] There is no Certificate of Service to Plaintiff indicating that the order had been provided to Plaintiff at the time the order was filed.

Order of Dismissal
P:\PRO-SE\HRL\CR.15\02295Johnson_dism.wpd

July 17, 2015.  Accordingly, Plaintiff's case is DISMISSED without prejudice for failure to file an amended complaint in the time provided.  The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

DATED: 9/14/15

_____
HOWARD R. LLOYD
United States Magistrate Judge